## McMahon *against* Crockett.

Debt on promissory note, issue on a plea that defendant received no consideration for the note, the note is in itself evidence of the consideration.

IN the Circuit Court of *Morgan* County, *McMahon* declared in debt against *Crockett* on a promissory note; defendant plead nil debit, and another plea, averring generally that he never received any consideration from plaintiff or any other person for the note; on both of which pleas issues were joined. On the trial the plaintiff offered no other evidence than the note, and on motion of the defendant the Court instructed the Jury, that unless the plaintiff produced other evidence of the consideration, they must find for the defendant on the plea averring no consideration; to which the plaintiff excepted. Verdict and judgment for defendant. The plaintiff here assigned the matter of the bill of Exceptions as Error.

Judge *Saffold* delivered the opinion of the Court.

The charge of the Circuit Court was erroneous. The note was evidence of the consideration. Let the judgment be reversed, and the cause be remanded.

Judge *Minor* having presided in the Court below, did not sit.

*McKinley* and *Hopkins* for plaintiff. *Clay* for defendant in Error.

*Note.*—On the trial in the Circuit Court the Judge was of opinion that the second plea mentioned should have been demurred to, and that the plaintiff holding the affirmative of the issue had taken the burthen of proof on himself; but it seems to have been held otherwise in the decisions in *Kentucky,* where the Statute is similar to ours. See 1 Littell, 257, 265. Laws Ala. 462, s. 3, 4. 1 Marshall, 602, 332. 3 Bibb. 264. 4 Bibb. 67.